PAUL S. MARKS, State Bar No. 138407
  pmarks@neufeldmarks.com
YURIKO M. SHIKAI, State Bar No. 229232
  yshikai@neufeldmarks.com
NEUFELD MARKS
  A Professional Corporation
360 East Second Street, Suite 703
Los Angeles, California 90012
Telephone:  (213) 625-2625
Facsimile:   (213) 625-2650

Attorneys for Plaintiff MCL Fresh, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MCL FRESH, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SH ENTERPRISES, INC. dba CALIFORNIA MART, a corporation of unknown domicile; HUI MIN, an individual; TAE HO MIN, an individual; and DOES 1 through 50,<br><br>    Defendants. | Case No. 2:13-CV-08033-PSG (Ex)<br><br>**REQUEST TO ENTER DEFAULT; DECLARATION OF YURIKO M. SHIKAI IN SUPPORT THEREOF** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff MCL Fresh, Inc. ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendants SH Enterprises, Inc. dba California Mart, Hui Min, and Tae Ho Min (collectively, "Defendants") on the ground that Defendants have failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Complaint on each of the Defendants on November 1, 2013, as evidenced by the proof of service of summons on file with this Court. (*See* Docket Nos. 6-8.)

The above-stated facts are set forth in the accompanying declaration of Yuriko M. Shikai, filed herewith.

DATED: December 5, 2013

NEUFELD MARKS
  A Professional Corporation
Paul S. Marks
Yuriko M. Shikai


By: _____/s/ Yuriko M. Shikai_____
      Yuriko M. Shikai
      Attorneys for Plaintiff MCL Fresh, Inc.