E-FILED 03/14/14

(03/24 HRG OFF)

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MCL FRESH, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SH ENTERPRISES, INC. dba CALIFORNIA MART, a corporation of unknown domicile; HUI MIN, an individual; TAE HO MIN, an individual; and DOES 1 through 50,<br><br>Defendants. | Case No. 2:13-CV-8033-PSG (Ex)<br><br>[~~PROPOSED~~] JUDGMENT |

## [~~PROPOSED~~] JUDGMENT

Based on the failure of defendants SH Enterprises, Inc. dba California Mart, Hui Min, and Tae Ho Min, to respond to the Summons and Complaint of plaintiff MCL Fresh, Inc., and based on the default judgment package submitted in support hereof, the Court enters default judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is hereby entered on the Complaint in favor of plaintiff MCL Fresh, Inc., and against defendants SH Enterprises, Inc. dba California Mart, Hui Min, and Tae Ho Min, jointly and severally, in the amount of $ 159,837.08 .

1 |     2.    Plaintiff MCL Fresh, Inc. is awarded its attorneys' fees in the amount of $6,796.74.

    3.    Plaintiff MCL Fresh is awarded its costs pursuant to Local Rule 54-3.

THE CLERK IS ORDERED TO ENTER THE JUDGMENT.

DATED: 03/14, 2014

**PHILIP S. GUTIERREZ**
_____
Honorable Paul S. Gutierrez
United States District Judge

Respectfully submitted by:

NEUFELD MARKS
  A Professional Corporation
Paul S. Marks
Yuriko M. Shikai

By _____
    Paul S. Marks
Attorneys for Plaintiff MCL Fresh, Inc.